JUDGE MARSHA J. PECHMAN
MAGISTRATE JUDGE MONICA J. BENTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD KABASSU,<br>A 71-771-721<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>ALBERTO GONZALES, *et al.*,<br><br>　　　　Respondents. | NO. C 05-01920MJP(MJB)<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING RESPONSE TO RETURN AND STATUS REPORT AND MOTION TO DISMISS |

　　　　THIS MATTER comes before the Court upon the agreed motion filed by counsel for petitioner, Assistant Federal Public Defender Jay W. Stansell.

　　　　The Court, having reviewed the motion, the declaration of Jay W. Stansell in support of the motion, and the records and files herein,

//

//

//

[PROPOSED] ORDER GRANTING MOTION TO EXTEND
DEADLINE FOR FILING RESPONSE TO RETURN AND STATUS
REPORT AND MOTION TO DISMISS　　　-1-

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

HEREBY FINDS that good cause exists to extend the deadline for filing the Response to the Return and Status Report and Motion to Dismiss until Friday, January 13, 2006 and hereby GRANTS the agreed motion for extension.

SO ORDERED this 10th day of January, 2006.

_____
Monica J. Benton
United States Magistrate Judge

Presented by

s/  Jay W. Stansell,
WSBA # 18752
Attorney for Richard Kabassu
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile



s/ Robert P. Brouillard
Assistant United States Attorney
*Per Telephonic Authorization*

[PROPOSED] ORDER GRANTING MOTION TO EXTEND
DEADLINE FOR FILING RESPONSE TO RETURN AND STATUS
REPORT AND MOTION TO DISMISS           -2-

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**